UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BAXTER, | Case No. 5:25-cv-02620-DOC-MAR |
| Plaintiff, | |
| v. | JUDGMENT |
| SAN BERNARDINO COUNTY et al, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: June 23, 2026

HONORABLE DAVID O. CARTER
United States District Judge